LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE STEVENSON, individually and as the Personal Representative of the estate of Shirley Stevenson ("Decedent"); JOANNE DIAZ,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO.  C 06 1787 MEJ<br><br>Before the Honorable MARIA-ELENA JAMES<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  July 6, 2006<br>Conference Time:  10:00 AM<br>Location:  Courtroom B, 15th Floor<br>SAN FRANCISCO |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court

hereby continues the July 6, 2006 Case Management Conference ("CMC") to __Ocotber 26, 2006__,

at _10:00_ a.m.. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part

of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date,

the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this

Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 28, 2006 _____

Honora_____MES
United _____ge

Judge Maria-Elena James

[PROPOSED]  ORDER